■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT SCHUSTER, on Behalf of MARVIN GEOVANY MEJIA, Petitioner, v KEVIN CHEVERKO, Respondent. [17 NYS3d 899]—Writ of habeas corpus in the nature of an application for bail reduction upon Westchester County indictment No. 15-0991.

Adjudged that the writ is sustained, without costs or disbursements, to the extent that the amount of the bail bond alternative on Westchester County indictment No. 15-0991 is reduced from the sum of $500,000 to the sum of $100,000; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the sum of $100,000 or has deposited the sum of $50,000 as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Rivera, J.P., Dillon, Chambers and LaSalle, JJ., concur.